IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02483-LTB-KLM

OMAR REZAQ,

     Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,

     Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

     This matter is before the Court on Plaintiff's **Motion for Leave to File Supplemental Brief in Response to Defendants' Motion to Dismiss Amended Complaint (Doc. 37)** [Docket No. 49; Filed June 6, 2008] (the "Motion").  Defendants filed a response indicating that they oppose the Motion, but alternatively requesting that they be given leave to respond to Plaintiff's supplemental brief if the Motion is granted [Docket No. 51].  Although a close call, Plaintiff's justification for filing a supplemental response to the pending Motion to Dismiss [Docket No. 37] arguably provides good cause for doing so. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts Plaintiff's supplemental response [Docket No. 49-2] as filed.  Defendants are given leave to file a supplemental reply addressing only the new arguments raised in Plaintiff's supplemental response on or before **September 25, 2008**.  No further supplementation of the Motion to Dismiss shall be permitted.

Dated:     August 28, 2008