# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-02483-LTB-KLM

OMAR REZAQ,
    Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,
    Defendants.

___

# ORDER
___

This case is before me on the recommendation of the Magistrate Judge issued and served on November 13, 2008 (Doc 57). Neither Plaintiff nor Defendants have filed specific written objections to the Magistrate Judge's recommendation and they are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendants' Motion to Dismiss (Doc 37) is GRANTED IN PART AND DENIED IN PART as follows:

1. Claims I(b) and II are construed as a single due process claim relating to Plaintiff's ongoing placement in the D Unit at ADX and his current conditions of confinement and that claim shall proceed; and

2. Claims I(a), III and IV of Plaintiff's complaint are DISMISSED.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: December 10, 2008