IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02483-LTB-KLM

OMAR REZAQ,

    Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Amended Scheduling Order** [Docket No. 61; Filed December 22, 2008] (the "Motion"). Plaintiff seeks an extension of all case deadlines due to expiration of a stay of the case following resolution of Defendants' motion to dismiss. While Plaintiff's unopposed request is reasonable, the Court has no authority to vacate and reset the Trial Preparation Conference (September 11, 2009) or the trial date (October 5, 2009) because those dates were set by the District Judge assigned to this matter [Docket No. 41]. Accordingly, any extensions of time must not interfere with those dates.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that the Motion seeks extensions of case deadlines set by this Court, the Motion is **granted**. However, to the extent that the Motion seeks extensions of case deadlines set by the District Judge or extensions of time which interfere with those dates, the Motion is **denied**.

    IT IS FURTHER **ORDERED** that the Scheduling Order entered on March 26, 2008 [Docket No. 40] is modified to set the following deadlines:

- Expert Designation Deadline      **February 27, 2009**
- Rebuttal Expert Designation Deadline      **March 16, 2009**
- Discovery Cutoff      **April 13, 2009**
- Dispositive Motions Deadline      **May 1, 2009**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for April 28, 2009 at 9:30 a.m. is **vacated** and **RESET** to **August 13, 2009 at 9:30 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures **no later than August 6, 2009**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: December 30, 2008