**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No.  07-cv-02483-LTB-KLM

OMAR REZAQ,
                        Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,
                        Defendants.
_____

**ORDER**
_____


Upon Plaintiff's Unopposed Motion to Vacate and Reset Trial Preparation

Conference, Trial Date and Other Deadline in Scheduling Order (Doc 66 - filed January 7,

2009), it is

ORDERED that the motion is GRANTED.  The trial preparation conference set

**September 11, 2009** and the trial set **October 5, 2009 are VACATED**.  These dates are

to be reset upon the Magistrate Judge's entry of a Rule 16 Pretrial Order.

                                        BY THE COURT:


                                        ___s/Lewis T. Babcock_____
                                        Lewis T. Babcock, Judge

DATED:   January 8, 2009