IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02483-LTB-KLM

OMAR REZAQ,

    Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of an Amended Scheduling Order** [Docket No. 68; Filed January 29, 2009] (the "Motion"). Plaintiff seeks an extension of all case deadlines and to have dates set for the Trial Preparation Conference and trial. However, the Court has no authority to set dates for a Trial Preparation Conference or trial because those events are set by the District Judge assigned to this matter [Docket No. 41]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that the Motion seeks extensions of case deadlines, the Motion is **granted**. However, to the extent that the Motion seeks the setting of dates for the Trial Preparation Conference or trial, the Motion is **denied**. As the parties were informed by the District Judge, such dates will be set after the completion of the Final Pretrial Conference and the entering of a Final Pretrial Order [Docket No. 67].

    IT IS FURTHER **ORDERED** that the Scheduling Order entered on March 26, 2008 [Docket No. 40], and amended on December 30, 2008 [Docket No. 63], is modified to set the following deadlines:

- Expert Designation Deadline      **August 10, 2009**
- Rebuttal Expert Designation Deadline      **September 14, 2009**
- Discovery Cutoff      **November 9, 2009**
- Dispositive Motions Deadline      **December 14, 2009**

**No further extensions of the discovery and dispositive motions deadlines will be permitted.**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for August 13, 2009 at 9:30 a.m. is **vacated** and **RESET** to **February 22, 2010 at 9:30 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures **no later than February 15, 2010**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated:	January 30, 2009