

| | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | JOHN M. HUGHES |
|---|---|---|

LEONIDAS RALPH MECHAM
Director

CLARENCE A. LEE, JR.
Associate Director

ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS

WASHINGTON, D.C. 20544

JOHN M. HUGHES
Assistant Director

MATTHEW G. ROWLAND
Deputy Assistant Director

Office of Probation
and Pretrial Services

March 26, 2004

**MEMORANDUM TO ALL CHIEF PROBATION OFFICERS**

**SUBJECT:** Restrictions on Use and Redisclosure of Presentence Investigation Report
**(IMPORTANT INFORMATION)**

At its March 2004 meeting, the Judicial Conference approved a revision to the face sheet of the presentence investigation report. The revision clarifies the authorized uses of the report by the Bureau of Prisons and identifies the conditions under which the Bureau of Prisons may redisclose it. Generally, the report may be used to assist in administering the sentence (e.g., inmate designation, classification, or programming). Although *The Presentence Investigation Report* (Publication 107) states that investigative and prosecutorial use of the report is not consistent with its purpose, certain exceptions have been identified, such as for use in apprehending an escapee, conducting deportation proceedings, and conducting federal investigations directly related to terrorist activities. In the event the Bureau of Prisons rediscloses the report, the recipient is directed to return the report or destroy it after using it for the appropriate purpose.

Attached is the new model face sheet approved by the Judicial Conference. The revision appears on the bottom of the second page. Please ensure that your office's presentence investigation reports contain this statement in all future cases. If you have any questions, please contact Regional Administrator John Fitzgerald at John Fitzgerald/DCA/AO/USCOURTS or (202) 502-1625.

John M. Hughes

Attachment

cc: Chief Judges, United States District Courts

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

A-1

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ATLANTIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | PRESENTENCE INVESTIGATION REPORT |
| | ) | |
| John Smith | ) | **Docket No.** CR 03-001-01-KGG |

_____

**Prepared for:**		The Honorable Kelly G. Green
			United States District Judge

**Assistant United States Attorney**			**Defense Counsel**
Mr. Robert Prosecutor					Mr. Arthur Goodfellow
United States Courthouse				737 North 7th Street
Breaker Bay, Atlantis					Breaker Bay, Atlantis
(123) 111-1212						(123) 111-1313


**Prepared by:**		Craig T. Doe
			United States Probation Officer
			Breaker Bay, Atlantis
			(123) 111-1111


**Sentence Date:**		March 30, 2004

**Offense:**	Count one:	Bank Robbery (18 U.S.C. § 2113(a))
			20 years and/or $250,000 fine

**Release Status:**		Detained without bail since June 15, 2003

**Detainers:**		None

**Codefendants:**		Samuel Adams - CR 03-001-02-KGG

**Related Cases:**		None


**Date Report Prepared:** 4/15/03				**Date Report Revised:**  5/1/03

**Defendant Identifying Data:**

| | |
|---|---|
| **Date of Birth:** | 6/5/59 |
| **Age:** | 44 |
| **Race:** | White, Non-Hispanic |
| **Sex:** | Male |
| **Social Security Number:** | 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 |
| **FBI Number:** | 444-44-44B |
| **U.S. Marshals Number:** | 11111-111 |
| **Other ID Number:** | None |
| **Education:** | High School Diploma |
| **Dependents:** | None |
| **Citizenship:** | United States |
| **Legal Address**: | 111 Fifth Street, Apartment 2B<br>Breaker Bay, Atlantis 99993 |
| **Aliases:** | None |

Optional Photograph

*Restrictions on Use and Redisclosure of Presentence Investigation Report*. Disclosure of this presentence investigation report to the Federal Bureau of Prisons and redisclosure by the Bureau of Prisons is authorized by the United States District Court solely to assist administering the offender's prison sentence (*i.e.,* classification, designation, programming, sentence calculation, pre-release planning, escape apprehension, prison disturbance response, sentence commutation, or pardon) and other limited purposes, including deportation proceedings and federal investigations directly related to terrorists activities. If this presentence investigation report is redisclosed by the Federal Bureau of Prisons upon completion of its sentence administration function, the report must be returned to the Federal Bureau of Prisons or destroyed.
It is the policy of the federal judiciary and the Department of Justice that further redisclosure of the presentence investigation report is prohibited without the consent of the sentencing judge.