IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02483-LTB-KLM

OMAR REZAQ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
ERIC H. HOLDER,
MICHAEL NALLEY,
RON WILEY, in their official capacities,

    Defendants.

## ORDER

    THIS MATTER comes before the Court on the parties' Joint Motion to Compel Production of Presentence Investigation Report. (Doc. ___.)

    Sufficient cause appearing, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Defendant the Federal Bureau of Prisons shall produce the Plaintiff's Presentence Report subject to the Protective Order entered in this case (Doc. 77).

    Dated this ____ day of March, 2009.

                                BY THE COURT:

                                _____