IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02483-LTB-KLM

OMAR REZAQ,

    Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,

    Defendants.
_____

## MINUTE ORDER
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on **Defendants' Unopposed Motion for Leave to Designate an Additional Expert Per Side** [Docket No. 81; Filed June 4, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on March 26, 2008 [Docket No. 40], and amended on December 30, 2008 and January 30, 2009 [Docket Nos. 63 & 70], is modified to increase the number of experts each side may designate to **three (3) experts per side**.

Dated:    June 8, 2009