IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02483-LTB-KLM

OMAR REZAQ,

    Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on **Defendants' Motion for Leave to Take the Deposition of Federal Bureau of Prisons Inmate Rezaq** [Docket No. 96; Filed September 25, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants may depose Plaintiff, a prisoner incarcerated at ADX, on the date and time agreed to by the parties.

Dated:       September 28, 2009