**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-02483-LTB-KLM

OMAR REZAQ,
        Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,
        Defendants.

_____

**ORDER**
_____

Upon the Unopposed Motion for Leave to Appear (Doc 94 - filed September 21, 2009), it is

ORDERED that the motion is GRANTED. Student Attorneys Kimberly Chavez Cook and Olawumni Ogunwo are allowed to appear as counsel for Plaintiff herein under the supervision of Laura Rovner.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   September 29, 2009