REZAQ v. BOP

Civil Action No. 07-CV-02483-LTB-KLM

Exhibit 20



**UNITED STATES PENITENTIARY**
ADMINISTRATIVE MAXIMUM FACILITY
Florence, Colorado 81226

## INSTITUTION SUPPLEMENT

| | |
|---|---|
| **Number** : | FLM 5321.06I(1) |
| **Date** : | October 8, 2009 |
| **Subject** : | General Population and Step-Down Unit Operations |

1.  **PURPOSE AND SCOPE:** To establish operational guidelines for the units which are designated as the general population and step-down units.

2.  **DIRECTIVES AFFECTED:**

    **Directives Rescinded:**

    Institution Supplement FLM 5321.06H(1), General Population and Step-Down Unit Operations, dated May 15, 2008.

3.  **STANDARDS REFERENCED:** None.

4.  **GENERAL PROCEDURES**

    A.  **GENERAL POPULATION UNITS (D, E, F, and G)**

        1.  Inmates housed in these units require hand restraints, behind the back, and two-officer escorts when being removed from their cells. Any time an inmate is handcuffed in the front, a martin chain must be used in addition to the handcuffs.

        2.  These units have indoor and outdoor, single occupancy recreation areas. All out-of-cell recreation will occur within the unit, in one of the single occupancy recreation areas. Inmates will ordinarily be afforded a minimum of ten hours out-of-cell exercise per week. An inmate will be returned to his cell upon his request. Anyone returning to his cell for any reason voluntarily terminates the remainder of his recreation period for that day. Recreation periods missed due to visits (legal or social), medical call-outs, and religious services will not be rescheduled.

        3.  Inmates will consume their meals within their cells.

US02719

4.    Shower stalls are located within each cell. Inmates are authorized to shower between the hours of 6 a.m. - 10 p.m.

5.    Unit orderlies for ranges and recreation areas will be assigned by the unit manager. Barbering facilities are available in each unit. Social and attorney calls will be conducted as established in the Institution Supplement on Telephone Regulations. Each unit contains a basic law library, which inmates may sign-up to utilize. The majority of programming, including Drug Abuse, Education, Recreation, Religious, and unit/facility information, is available via closed circuit television/radio, which is located in each cell.

B.    **STEP-DOWN PROGRAM UNITS**

    1.    **Intermediate Unit (J)**

        a.    The escort requirements for inmates housed in this unit are the same as those in the General Population Units. Inmates will be assigned to one of eight groups. Each group will have a maximum of eight inmates.

        b.    This unit has outdoor, single occupancy recreation areas. Out-of-cell recreation will include the use of the outdoor, single occupancy recreation areas and unit range. Each group of inmates will be allowed on the range for one and one-half hours each day.

        c.    Inmates will consume their meals within their cells.

        d.    Showers are located on the ranges. Inmates may shower at any time they are on the range.

        e.    All other programming activities, orderly assignments, telephone usage, basic law library usage, and barbering facilities are the same as those in the General Population Units.

    2.    **Transitional Unit (K)**

        a.    Inmates will be assigned to one of four groups. Each group will have a maximum of sixteen inmates. Inmates will be allowed to leave the unit with their group, unrestrained, during escorts to commissary and other programming areas.

US02720

b.    This unit has outdoor, group recreation areas. Each group will be allowed on the range for three hours a day. Out-of-cell recreation will include the use of the outside, group recreation areas and unit range.

c.    Inmates will consume their meals on the range with their assigned group.

d.    Showers are located on the ranges. Inmates may shower at any time they are on the range.

e.    All other programming activities, orderly assignments, telephone usage, basic law library usage, and barbering facilities will be the same as those in the General Population Units.

3.    **Pre-Transfer Unit**

a.    This unit is physically located in D/B Unit at the United States Penitentiary (USP), High Security, Florence, Colorado.

b.    Ordinarily, this is the final phase of the Step-Down Program prior to transfer to the general population of a high security facility.

c.    Inmates will be assigned to one of two groups.

d.    Upon arrival in this phase of the Program, an inmate will initially be single celled for (3) months. The inmate will then be reviewed by the unit team for placement in a double occupancy cell. If approved by the Associate Warden, the inmate will then be placed in a double occupancy cell with another inmate. If not approved, the inmate will be provided written notice of the decision, informing of the reasons why and that the decision can be appealed through the Federal Bureau of Prisons' Administrative Remedy Program. An inmate denied placement in a double occupancy cell will be reviewed at least monthly.

e.    Inmates will be unrestrained when out of their cells. The use of restraints is not required during the escort of inmates to various programming areas.

f.    Inmates will consume their meals on the range with their assigned group.

g.    Showers are located on the ranges. Inmates may shower at any time they are on the range.

h.    Inmates will recreate with their assigned group. The inmates' out-of-cell recreation will include recreation in the unit and in the outdoor group recreation area. Recreation periods missed due to visits (legal or social), medical call-outs, and religious services will not be rescheduled.

i.    Ordinarily, inmates will ordinarily be employed as orderlies, tutors, food service/condiment preparers, maintenance workers, barbers, laundry workers, and recreation/wellness workers. Employment assignments will made by the unit manager.

j.    Barbering facilities are available. Social and attorney calls will be conducted as established in the Institution Supplement on Telephone Regulations. Each unit contains a basic law library, which inmates may sign-up to utilize. The majority of programming, including Drug Abuse, Education, Recreation, and Religious, is available via closed circuit television, which is located in the unit.

k.    Commissary will be conducted once a week in the unit.

C.    **OUTSIDE RECREATION RESTRICTION**

1.    When an inmate violates institution rules and regulations during his recreation period, his outside recreation privileges may be restricted. Examples of violations include, but are not limited to, sexual acts or gestures, suicidal attempts or gestures, assaulting or resisting staff during escort to or from the recreation area, destruction of the recreation area, smearing or throwing human waste, etc.

2.    Staff will initiate disciplinary action and notify the Operations Lieutenant of any violation(s) immediately. The Operations Lieutenant will initiate a memorandum requesting the inmate's outdoor recreation be restricted, which will be forwarded through the Captain to the Warden or Acting Warden for approval.

3.      Inmates will be placed on outdoor recreation restriction in three-month increments, with additional offenses requiring longer restrictions.  For example, an inmate will be placed on restriction for three months for a first offense, six months for a second offense, nine months for a third offense, etc.

D.      **CANCELLATION OF OUT-OF-CELL RECREATION** - On those rare occasions when institution emergencies or adverse weather interferes with the recreation schedule, the following procedures will apply:

1.      The Operations Lieutenant has been designated authority to cancel recreation due to institution emergency or adverse weather.

2.      Unit officers will ensure any lost recreation time is clearly noted in the unit log, and this information is relayed to the Unit Manager for monitoring.

3.      The Captain and Unit Manager must confer with the appropriate Associate Warden concerning canceled recreation.

E.      **UNIT SECURITY** - In addition to random cell searches, all inmate cell assignments will be rotated randomly and without notice to the inmate at least every 90 days in order to facilitate security inspections and cell maintenance.  These rotations will be coordinated by the respective Unit Counselor and approved by the Unit Manager.

5.      **STEP-DOWN PROGRAM (PROGRAM)**

A.      **PURPOSE & SCOPE**

1.      The Step Down Program utilizes a stratified system of less-restrictive housing to provide inmates with incentives to adhere to the standards of conduct associated with a maximum security custody program.  At the discretion of the Step-Down Program Screening Committee, as inmates at the ADX demonstrate periods of clear conduct and positive institution adjustment, they may progress from the General Population Units, through the Intermediate and Transitional Units, to finally, the Pre-Transfer Unit, with increasing degrees of personal freedom and privileges at each stage.  At the discretion of the Regional Director, as inmates in the Pre-Transfer phase of the Program demonstrate periods of clear conduct and positive institution adjustment, they may be transferred out of the Program to an open population institution.  All phases of the Program, including the Pre-Transfer Unit, are considered part of the ADX.  As discussed above, the types of

privileges afforded to the inmates are determined by their housing unit assignments in this stratified program.

2. The normal minimum stay in a General Population Unit is 12 months, the Intermediate Program is 6 months, the Transitional Program is 6 months, and the Pre-Transfer Unit is 12 months.

3. Every inmate has the opportunity to demonstrate he may be housed in a less-restrictive unit.

4. An inmate's placement in, advancement through, and transfer out of, the Program is a classification decision as to whether the inmate can safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety.

5. It is often necessary to defer an inmate's placement in, advancement through, and/or transfer out of, the Program to allow staff to properly assess an inmate's behavior to ensure that, when placed in a less-restrictive unit, the inmate no longer poses a risk to the institutional security and good order; poses a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or poses a risk to public safety.

B. **REFERRAL & ELIGIBILITY FACTORS** - The unit team will review each inmate to determine eligibility for consideration for placement in, advancement through, and/or transfer out of, the Program. The unit team will consider the following factors in determining whether an inmate is eligible for consideration:

1. **Eligibility for Placement** - Ordinarily, an inmate must meet the following factors to be eligible for consideration for placement in the Step-Down Program (Intermediate Unit):

   a. A minimum of 12 months clear conduct while housed in one of the General Population Units;

   b. Active participation in and completion of all programs recommended by the unit team;

   c. Positive behavior and respectful conduct towards staff and other inmates; and

      d.    Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation, etc.

The inmates who the unit team determines are eligible for consideration for placement into the Program will be referred to the Step-Down Program Screening Committee for consideration.

2.    **Eligibility for Advancement** - Ordinarily, an inmate must meet the following factors to be eligible for consideration for advancement to the next phase (Transitional or Pre-Transfer) of the Program:

      a.    A minimum of 6 months clear conduct while housed in the respective Intermediate or Transitional Unit;

      b.    Active participation in and completion of all programs recommended by the unit team;

      c.    Positive behavior, including respectful and appropriate conduct towards staff and other inmates; and

      d.    Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation, etc.

The inmates who the unit team determines are eligible for consideration for advancement to the next phase of the Program will be referred to the Step-Down Program Screening Committee for consideration.

3.    **Eligibility for Referral for Transfer Out of the Program -** Ordinarily, an inmate must meet the following factors to be eligible for consideration for transfer out of the Program to the general population of a high security institution:

      a.    A minimum of 12 months clear conduct while housed in the Pre-Transfer Unit;

      b.    A minimum of 3 months being housed in a double-occupancy cell with another inmate;

      c.    Active participation in and completion of all programs recommended by the unit team;

      d.    Positive behavior, including respectful and appropriate conduct towards staff and other inmates; and

e.    Positive overall institution adjustment to include, but not
limited to, personal hygiene, cell sanitation, etc.

The inmates who the unit team determines are eligible for transfer
out of the Program will be recommended for transfer to the
Regional Director, North Central Region, from the Warden,
USP Florence.

C.    **REVIEW PROCEDURE**

1.    Placement/Advancement

a.    The Step-Down Program Screening Committee (Committee)
will review each inmate referred by the unit team to
determine whether the inmate can safely function in a less-
restrictive unit without posing a risk to institutional security
and good order; posing a risk to the safety and security of
staff, inmates or others, including the inmate himself; and/or
posing a risk to public safety.

b.    The composition of the Committee will ordinarily consist of
the Warden, appropriate Associate Warden, Captain,
Special Investigative Agent, Case Management Coordinator,
Unit Managers (General Population, Intermediate,
Transitional, & Pre-Transfer), Psychology, and Supervisory
Attorney.

c.    The determinations made by the Committee are made on a
case-by-case or inmate-by-inmate basis.

d.    Eligibility for consideration does not equate to
appropriateness for placement into or advancement to the
next phase of the Program.

e.    The factors the Committee may consider when determining
whether the inmate can safely function in a less-restrictive
unit without posing a risk to institutional security and good
order; posing a risk to the safety and security of staff,
inmates or others, including the inmate himself; and/or
posing a risk to public safety, include, but are not limited to:

i.    The inmate's conduct while housed at the ADX;

ii. The inmate's participation in and completion of programs recommended by the unit team while housed at the ADX;

iii. The inmate's behavior and conduct towards, and interaction with, staff and other inmates while at the ADX;

iv. The inmate's overall institution adjustment, personal hygiene, and cell sanitation while at the ADX;

v. The reason(s) the inmate was designated to the ADX;

vi. The inmate's criminal history;

vii. The inmate's involvement with criminal organizations, if any, and the potential safety and security threat(s) implicated by such involvement;

viii. The inmate's overall adjustment during his history of confinement;

ix. The institution's safety and security needs, including the safety and security of staff;

x. The safety and security needs of the inmate;

xi. The safety and security needs of other inmates;

xii. The safety and security needs of the public;

xiii. Any other relevant factor(s).

f. The review by the Committee is not a hearing. The inmate is not entitled to be present, to have counsel, or to call witnesses.

g. The final decision regarding placement in, or advancement to the next phase of the Program, is made by the Warden of the ADX.

2.    Recommendation for Transfer Out of the Program

    a.    The determinations to transfer inmates out of the Program are made on a case-by-case or inmate-by-inmate basis.

    b.    Eligibility for consideration to be transferred out of the Program does not equate to appropriateness for transfer out of the Program.

    c.    The factors the Regional Director may consider include, but are not limited to, those factors set forth in Part C.1(e), above.

    d.    The review by the Regional Director is not a hearing. The inmate is not entitled to be present, to have counsel, or to call witnesses.

    e.    The final decision regarding transfer out of the Program is made by the Regional Director, North Central Region.

3.    Notification

    a.    Each inmate will receive written notification of the decision from the appropriate Associate Warden.

    b.    If the inmate is denied placement into, advancement to the next phase of, or transfer out of the Program, the Associate Warden's written notification will include the following:

        i.    The reason(s) for the denial, unless it is determined that the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld.

        ii.    The inmate may appeal the decision through the Federal Bureau of Prisons' Administrative Remedy Program.

If the notification concerns the denial of a recommendation for transfer out of the Program, the notice will also include the Regional Director's direction as to when the inmate should next be recommended for transfer.

US02728

4.    The denial of an inmate for placement in, advancement to the next phase of, or transfer out of the Program does not preclude the Committee and/or Regional Director from exercising their discretion to reach a different conclusion at a future review.

5.    Provided the inmate who was denied continues to meet the eligibility factors for placement in or advancement to the next phase of the Program, the inmate will continue to be reviewed at least every six months.

D.   **REMOVAL**

1.    Inmates may be removed from any phase of the Program for the following reasons:

a.    If the inmate is found guilty of committing prohibited acts by the UDC or DHO;

b.    If the inmate can no longer safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety, based on the factors set forth in Part C.1(e), above.

2.    The circumstances may require the inmate to be immediately removed from the Program.

3.    If an inmate is removed from any phase of the Program as a Program failure, a recommendation will be made by the Step-Down Unit Team as to whether the inmate should be placed in the Intermediate Unit (J-Unit), Transitional Unit (K-Unit), or a General Population Unit (D, E, F, & G). The determination will be made on a case-by-case basis. However, inmates who are removed from the Program and found guilty by the DHO for greatest severity level incident reports (100 series) or high severity level incident reports (200 series) will be placed in the Special Housing Unit and subsequently assigned to a General Population Unit.

4.    The inmate will receive written notice that he is being removed from the Program. The notice will contain the reasons for removal from the Program, unless it is determined that the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld.

The notice will also include the recommendation of the Step-Down Unit Team. The inmate will have the opportunity to submit a written statement for consideration, regarding whether his removal from the Program is warranted and the recommendation of the Step-Down Unit Team.

5. The inmate will receive written notice of the final decision. The written notice will include the reasons for the decision, unless it is determined that the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld. The notice will also notify the inmate that he may appeal the decision through the Federal Bureau of Prisons' Administrative Remedy Program.

6. **OFFICE OF PRIMARY INTEREST:** The unit manager responsible for the Step-Down Unit is responsible for the annual review of this supplement.

Blake R. Davis, Warden

10-8-09
Date

**DISTRIBUTION:**

**Directives Libraries**
**All Department Heads**
**Associate Wardens**
**Correctional Programs Administrator, NCRO**
**AFGE**
**Inmate Law Library**