**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  07-cv-02483-LTB-KLM

OMAR REZAQ,
        Plaintiff,

v.

MICHAEL NALLEY,
RON WILEY,
MICHAEL MUKASEY, and
FEDERAL BUREAU OF PRISONS,
        Defendants.
_____

**ORDER**
_____

Upon the Unopposed Motion for Leave to Appear as Student Attorney (Doc 134 - filed February 3, 2010), it is

ORDERED that the motion is GRANTED.  Student Attorney Laura K. Campbell is allowed to appear as counsel for Plaintiff herein under the supervision of Laura Rovner.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   February 8, 2010