**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02483-LTB-KLM

OMAR REZAQ,

      Plaintiff,

v.

MICHAEL NALLEY, North Central Regional Director Federal Bureau of Prisons,
RON WILEY, Warden, Florence ADX,
MICHAEL MUKASEY, U.S. Attorney, and
FEDERAL BUREAU OF PRISONS,

      Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Withdraw Appearances of Former Student Attorneys (Doc 158 - filed October 18, 2010) is **GRANTED**. Student Attorneys Karl Kuenhold, mary Kiernan, Nathan Swanson, Chandler Kelley, Kimberly Chavez Cook, Olawumni Ogunwo, and Laura Campbell are allowed to withdraw as counsel for Plaintiff herein. Plaintiff will continue to be represented by Laura Rovner and Brittany Glidden.

Dated: October 19, 2010
___