**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-02483-LTB-KLM

OMAR REZAQ,

       Plaintiff,

v.

MICHAEL NALLEY, North Central Regional Director Federal Bureau of Prisons,
RON WILEY, Warden, Florence ADX,
MICHAEL MUKASEY, U.S. Attorney, and
FEDERAL BUREAU OF PRISONS,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon Defendant's Response (Doc 163), Plaintiff's Motion for Leave to Supplement Objections to Recommendation of United States Magistrate Judge (Doc 160) is GRANTED.

Dated:  November 22, 2010
_____