FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

July 23, 2012

Elisabeth A. Shumaker
Clerk of Court

---

OMAR REZAQ,

    Plaintiff - Appellant,

v.

MICHAEL NALLEY, et al.,

    Defendants - Appellees,

No. 11-1069

---

MOHAMMED SALEH, et al.,

    Plaintiffs - Appellants,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant - Appellee,

-------------------------------

BEHAVIORIAL SCIENTISTS, et al.,

    Amici Curiae.

No. 11-1072

---

**ORDER**

Before **BRISCOE**, Chief Judge, **TYMKOVICH**, Circuit Judge, and **EAGAN**[*], District Judge.

---

Appellants' petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

                                                Entered for the Court

                                                ELISABETH A. SHUMAKER, Clerk

---

[*]Honorable Claire V. Eagan, District Judge, United States District Court for the Northern District of Oklahoma, sitting by designation.